# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **CRAIG JALBERT,** | **CASE NO. 19-1069** |
| *Plaintiff* | **JUDGE SUMMERHAYS** |
| Versus | **MAGISTRATE JUDGE PEREZ-MONTES** |
| **PETER LEIBOLD, ET AL.** | |
| *Defendants* | |

### *EX PARTE* MOTION TO WITHDRAW COUNSEL OF RECORD[1]

**NOW INTO COURT** comes Plaintiff Craig Jalbert, in his capacity as Chapter 11 Liquidating Trustee of Louisiana Pellets, Inc. and German Pellets Louisiana, LLC, who respectfully requests, pursuant to Local Rule 83.2.11, that Rebecca Sha (La. Bar No. 35317) be withdrawn as counsel of record in this matter.  Ms. Sha is no longer employed by Fishman Haygood and therefore no longer represents Mr. Jalbert.  Brent Barriere, Rebekka Veith, Jason Burge, Alysson Mills, Catherine Lasky, Kerry Murphy, and Walter Dorroh will remain as counsel of record for Mr. Jalbert, who is aware of all upcoming deadlines and pending court appearances.

---

[1] By filing this motion Craig Jalbert does not waive, and specifically reserves, his right to object to this Court's jurisdiction.

1471710v.1

Respectfully submitted on September 18, 2019.

        BY: */s/ Rebecca Sha*
Rebecca Sha (La. Bar No. 35317)
**PHELPS DUNBAR LLP**
365 Canal St., Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
Email: rebecca.sha@phelps.com

-and-

Brent B. Barriere (La. Bar. No. 2818)
Jason W. Burge (La. Bar No. 30420)
Alysson L. Mills (La. Bar No. 32904)
Rebekka C. Veith (La. Bar No. 36062)
**FISHMAN HAYGOOD, L.L.P.**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Email: bbarriere@fishmanhaygood.com
      srosenbloom@fishmanhaygood.com
      kamond@fishmanhaygood.com

Catherine E. Lasky (La. Bar No. 28652)
Kerry A. Murphy (La. Bar No. 31382)
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans LA 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503
Email: klasky@laskymurphy.com
      kmurphy@laskymurphy.com

Walter E. Dorroh, Jr. (La. Bar 5203)
3225 N. 1st Street (physical)
PO Box 1889 (mailing)
Jena, LA 71342
Telephone: (318) 992-4107
Facsimile: (318) 992-4110
Email: wdorroh@dorrohkendrick.com

*Counsel for Craig Jalbert*

1471710v.1

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of this pleading was served on counsel of record via the Court's CM/ECF notification system on September 18, 2019.

                                           /s/  *Rebecca Sha*