UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CRAIG JALBERT O/B/O GERMAN PELLETS LOUISIANA, L.L.C., et al., Plaintiffs | CIVIL DOCKET NO. 1:19-CV-01069 |
| VERSUS | JUDGE SUMMERHAYS |
| PETER LEIBOLD, et al., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Motion to Remand (ECF No. 20) is GRANTED.

IT IS ORDERED that Defendants' Motion to Sever (ECF No. 35) is DENIED.

IT IS ORDERED that Plaintiff's complaint against GP GmbH is DISMISSED WITHOUT PREJUDICE.

IT IS ORDERED that, in accordance with its terms and after further jurisdictional review, the Court's initial Jurisdictional Review Finding (ECF No. 7) is VACATED.

THUS ORDERED AND SIGNED in Chambers at Lafayette, Louisiana on this 10th day of September 2020.

JUDGE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE